# EXHIBIT A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| ASHLEY STRODE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEFENDERS INC., | ) |
| | ) |
|     Defendant. | ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

### Party Classification: Initiating

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

    Plaintiff, Ashley Strode

2. Applicable attorney information for service as required by Ind.Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

    Michael L. Schultz, 20361-49
    PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
    251 North Illinois Street, Suite 1800
    Indianapolis, IN 46204-4216
    Telephone:   (317) 269-2500
    Facsimile:   (317) 269-2514
    Email:       mschultz@parrlaw.com

    **IMPORTANT**: Each attorney specified on this appearance:

    (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

    (c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a **PL** case type under Administrative Rule 8(B)(3).

4. This case involves child support issues. ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No _X_ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:
   - _____ Attorney's address
   - _____ The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
   - _____ Another address (provide) _____

This case involves a petition for involuntary commitment. Yes ____ No __X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
   _____

   b. State of Residence of person subject to petition: _____

   c. At least one of the following pieces of identifying information:
   (i) Date of Birth _____

   (ii) Driver's License Number _____
   State where issued _____ Expiration date _____

   (iii) State ID number _____
   State where issued _____ Expiration date _____

   (iv) FBI number _____

2

      (v)   Indiana Department of Corrections Number _____

      (vi)  Social Security Number is available and is being provided in an attached confidential document  Yes \_\_\_\_   No \_\_\_\_

7. There are related cases: Yes \_\_\_\_   No  X   *(If yes, list on continuation page.)*

8. Additional information required by local rule:
_____

9. There are other party members: Yes \_\_\_\_   No  X   *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached: Yes    X      No\_\_\_

Respectfully submitted,

By    /s/ Michael L. Schultz
      Michael L. Schultz, 20361-49
      PARR RICHEY FRANDSEN PATTERSON
       KRUSE LLP
      251 N. Illinois Street, Suite 1800
      Indianapolis, IN 46204-4216
      Telephone:   (317) 269-2500
      Facsimile:   (317) 269-2514
      Email:   mschultz@parrlaw.com

1698260

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| ASHLEY STRODE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEFENDERS INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Comes now Plaintiff, Ashley Strode, and for her Complaint against Defendant, Defenders Inc., alleges as follows:

**Nature of the Case**

1. This is an action at law and equity for damages by Plaintiff, Ashley Strode (hereinafter "Strode" or "Plaintiff"), against Defendant, Defenders Inc. (hereinafter "Defenders" or "Defendant") for injury to her person, income, and property caused by the wrongful acts of Defendant.

2. Plaintiff brings this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and in particular pursuant to the anti-retaliation provisions codified at 42 U.S.C. § 2000e-3(a) ("Title VII").

3. Defendant is subject to an award of punitive damages pursuant to 42 U.S.C. §1981a(b)(1) because Defendant acted with actual malice and/or reckless indifference to Strode's federally protected rights when it took the adverse actions against her set forth below.

## Jurisdiction

4. At all relevant times Plaintiff performed work for Defendant within Marion County, and Defendant routinely conducted business in Marion County, Indiana. All the events giving rise to this cause of action occurred within or related to the employment relationship between Plaintiff and Defendant while Plaintiff worked in Marion County.

## Parties

5. Plaintiff, Ashley Strode, was at all times relevant to this suit a citizen of the State of Indiana and resided at 15102 Blue Ribbon Blvd., Fishers, Indiana 46040.

6. Defendant, Defenders Inc. was, at all times relevant to this suit, a domestic corporation or limited liability company with its principal office address located at 3750 Priority Way South Drive, Indianapolis, Indiana, 46240. Defendant conducted business in the State of Indiana, including Marion County. Defendant's registered agent for service of process is C T Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204.

## Factual Allegations

7. At all times relevant to this Complaint, Plaintiff was an "employee" of Defenders Inc. within the meaning of Title VII.

8. At all times relevant to this Complaint, Defenders Inc. was an "employer" within the meaning of Title VII.

9. At all times relevant to this Complaint, Strode's work performance met or exceeded Defendant's legitimate expectations.

10. In 2020, prior to her termination on October 2, 2020, Strode made a good faith complaint to management about a co-worker who was continuing to make unwanted romantic and sexual advances toward her after Strode had asked him repeatedly not to do so.

11. Strode's complaint to Defenders about her co-worker's unwanted advances was protected conduct.

12. Specifically, Strode requested that the co-worker be assigned to a different team.

13. Strode also specifically advised Defenders when making her complaint that she did not want to get her co-worker in trouble and that she just wanted him to be assigned to a different team from her.

14. Defenders immediately terminated Strode's co-worker following her complaint.

15. Hypothetically, and in the alternative, Defenders immediately requested that Strode's co-worker resign, making it clear to him that if he did not he would be terminated or face other adverse employment action(s).

16. Defenders then terminated Strode's employment approximately one week later.

17. When it fired Strode, Defenders offered a purely pretextual justification for the termination decision.

18. The only reason provided by Defenders to Strode for her termination was that they had listened to Strode handling a call with a customer and she had "misled" the customer.

19. Defenders' stated reason for terminating Strode was demonstrably false.

20. Defenders knows that its stated reason for terminating Strode was false.

21. Defenders used its false justification for the decision to terminate Strode as a pretext to mask its true reason for terminating her.

22. Defenders terminated Strode to retaliate against her because she had complained about sexual harassment by a co-worker.

23. Defenders understood that its conduct in retaliating against Strode was illegal.

24. Strode timely filed a Charge of Discrimination against Defenders Inc. with the U.S. Equal Employment Opportunity Commission ("EEOC"). The Charge specifically included an allegation of retaliation in violation the protections provided by Title VII.

25. Strode has received a Notice of Right to Sue from the EEOC. This Complaint is timely filed.

26. As a direct and proximate result of Defenders Inc.'s unlawful, malicious, willful, retaliatory and discriminatory actions, Strode has suffered compensable loss and damage, including, without limitation, lost wages, salary, employment benefits, diminished employment status, related financial losses, physical pain and suffering, and emotional distress.

## **Relief Requested**

WHEREFORE, Plaintiff, by counsel, respectfully requests the following relief:

A. Special damages, including, but not limited to, wages, salary, employment benefits, and other compensation denied or lost due to Defendant's above-described actions;

B. Interest on the amount awarded as special damages calculated at the prevailing rate, including both pre- and post-judgment interest where appropriate;

C. Compensatory damages;

D. Punitive damages;

E. Damages to compensate Strode for mental anguish and emotional distress;

F. Reasonable attorneys' fees, expert witness fees, and other costs of this action; and

G. All other just and proper relief to which Plaintiff is entitled.

Respectfully submitted this 15th day of September, 2021.

By    /s/ Michael L. Schultz
Michael L. Schultz (20361-49)
PARR RICHEY FRANDSEN PATTERSON
  KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:  (317) 269-2500
Facsimile:  (317) 269-2514
E-mail:  mschultz@parrlaw.com

*Attorneys for Plaintiff, Ashley Strode*

### DEMAND FOR JURY TRIAL

Plaintiff, Ashley Strode, by her undersigned counsel, hereby requests a trial by jury pursuant to Rule 38 of the Indiana Rules of Trial Procedure.

/s/ Michael L. Schultz
Michael L. Schultz

1698170

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| ASHLEY STRODE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEFENDERS INC., | ) |
| | ) |
| Defendant. | ) |

TO DEFENDANT:   Defenders Inc.
c/o CT Corporation System, Registered Agent
334 North Senate Avenue
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.
The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.
An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.
If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  9/15/2021
_____         _____
                                      Clerk, Marion Circuit & Superior Courts

**Attorney for Plaintiff(s):**

Michael L. Schultz (20361-49)
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:      (317) 269-2500
Facsimile:       (317) 269-2514

**Clerk Information:**

W122 City-County Building
200 E. Washington Street
Indianapolis, IN 46204



**The following manner of service of Summons is hereby designated:**

  __ X __ Registered or Certified Mail
  _____ Service on individual at above address: County _____
  _____ Service on agent: (specify) _____
  _____ Service by Publication

## CLERK'S CERTIFICATE OF MAILING

  I hereby certify that on the _____ day of _____, 2021 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Defenders Inc., by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated  _____     _____
                    Clerk, Marion County Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

  I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2021.

  I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2021, showing that the summons and a copy of the Complaint was returned not accepted.

  I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2021.

                    _____
                    Clerk, Marion County Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

  A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____    _____
                      Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

  I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2021.
(2) By leaving a copy of the Summons and a copy of the Complaint:
  a) at the dwelling place or usual place of abode of the Defendant
  b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

                 _____
                 Sheriff of _____ County, Indiana
                 By: _____

1698264

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT 5 |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D05-2109-PL-031130 |

| ASHLEY STRODE, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEFENDERS INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that I have served a true and correct copy of the Complaint and Demand for Jury Trial and Summons to Defendant, Defenders Inc., c/o CT Corporation System, Registered Agent, 334 North Senate Avenue, Indianapolis, IN 46204, via certified mail (9314769904300086684573), return receipt requested on September 16, 2021.

By: /s/ Michael L. Schultz
Michael L. Schultz (20361-49)
PARR RICHEY FRANDSEN PATTERSON
 KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204
Telephone: (317) 269-2500
Facsimile: (317) 269-2514

*Attorneys for Plaintiff, Ashley Strode*

1701005

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT 5 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D05-2109-PL-031130 |

| | |
|---|---|
| ASHLEY STRODE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEFENDERS INC., | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE OF PROCESS

I, Michael L. Schultz, having personal knowledge of all statements made herein, and being first duly sworn upon my oath, state that the Complaint and Summons to Defenders Inc. pending under the caption and cause number set out above was served on Defendant, Defenders Inc., c/o CT Corporation System, Registered Agent, 334 North Senate Avenue, Indianapolis, IN 46204 by delivering same via Certified United States Mail, postage prepaid and return receipt requested, on the Defendant, and that the same was signed illegible on September 22, 2021 and the return receipt sent to my office where it was received on September 27, 2021. A true, accurate, and complete copy of the Return Receipt, together with the Certified Mail receipt, Transaction History and a copy of the Summons is attached hereto and made a part hereof as **Exhibit A**.

FURTHER AFFIANT SAITH NOT.

_____
Michael L. Schultz

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

    Before me, the undersigned, a Notary Public in and for said County and State, personally appeared Michael L. Schultz and acknowledged the execution of this instrument this 28th day of September, 2021.

_____  
County of Residence

1-31-24  
Commission Expiration

_____, Notary Public  
Ellen Marie Wilkerson

```
ELLEN MARIE WILKERSON
Notary Public - Seal
Johnson County - State of Indiana
Commission Number 679169
My Commission Expires Jan 31, 2024
```

PARR RICHEY FRANDSEN PATTERSON KRUSE LLP  
251 N. Illinois Street, Suite 1800  
Indianapolis, IN  46204  
Telephone:     (317) 269-2500  
Facsimile:      (317) 269-2514  
E-mail:           mschultz@parrlaw.com

1704294

2

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER
9314 7699 0430 0086 6845 73

| | | |
|---|---|---|
| Certified Mail Fee | $ | 3.75 |
| Return Receipt (Hardcopy) | $ | 3.05 |
| Return Receipt (Electronic) | $ | 0.00 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.53 |
| Total Postage and Fees | $ | 7.33 / 8.36 |

Postmark Here
9/16/21

Sent to:
Defenders Inc.
C/o CT Corporation System, Registered Agent
334 North Senate Avenue
Indianapolis, IN 46204

Reference Information
Strode LP38340  MLS

---

Return Receipt (Form 3811) Barcode

9590 9699 0430 0086 6845 75

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Defenders Inc.
C/o CT Corporation System, Registered Agent
334 North Senate Avenue
Indianapolis, IN 46204

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 2 2 2021

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
Strode LP38340  MLS

2. Certified Mail (Form 3800) Article Number
9314 7699 0430 0086 6845 73

PS Form 3811, Facsimile, July 2015   USPS TRACKING #
Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9699 0430 0086 6845 75

United States Postal Service®

• Sender: Please print your name, address and ZIP+4® below •

PARR RICHEY FRANDSEN PATTERSON KRUSE
251 N ILLINOIS ST STE 1800
INDIANAPOLIS IN  46204

REC'D SEP 27 2021

**EXHIBIT A**

# Transaction Details

**Recipient:**
Defenders Inc.
C/o CT Corporation System, Registered Agent
334 North Senate Avenue
Indianapolis, IN 46204

**Sender:**
Michael L. Schultz
Parr Richey Frandsen Patterson Kruse LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204

Transaction created by: ewilkerson@parrlaw.com
User ID: 19382
Firm Mailing Book ID: None
Batch ID:

Date Created: 09/15/2021 3:30 PM
Date Mail Delivered: 09/22/2021 10:33 AM
USPS Article Number: 9314769904300086684573
Return Receipt Article Number: 9590969904300086684575

Service Options: Return Receipt
Certified Mail
Mail Service: Certified
Reference #: Strode LP38340  MLS
Postage: $0.53
Certified Mail Fees: $6.80
Status: Delivered

# Transaction History

| Event Description | Event Date | Details |
|---|---|---|
| USPS® Certified Mail | 09-18-2021 10:00 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS IN DISTRIBUTION CE |
| USPS® Certified Mail | 09-22-2021 04:26 AM | [USPS] - ARRIVAL AT UNIT at INDIANAPOLIS,IN |
| USPS® Certified Mail | 09-22-2021 09:23 AM | [USPS] - ARRIVAL AT UNIT at INDIANAPOLIS,IN |
| USPS® Certified Mail | 09-22-2021 10:33 AM | [USPS] - CERTIFIED MAIL DELIVERED at INDIANAPOLIS,IN |
| USPS® Return Receipt | 09-22-2021 07:23 PM | [USPS] - ORIGIN ACCEPTANCE at INDIANAPOLIS,IN |
| USPS® Return Receipt | 09-22-2021 08:38 PM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS IN DISTRIBUTION CE |
| USPS® Return Receipt | 09-23-2021 07:18 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS IN DISTRIBUTION CE |
| USPS® Return Receipt | 09-24-2021 02:05 AM | [USPS] - PROCESSED THROUGH USPS FACILITY at INDIANAPOLIS IN DISTRIBUTION CE |
| Returned Green Card | 09-25-2021 09:30 AM | Created from USPS event |
| USPS® Return Receipt | 09-25-2021 09:30 AM | [USPS] - RETURN RECEIPT DELIVERED INAT MAILBOX at INDIANAPOLIS,IN 9590969904300086684575 |

| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

ASHLEY STRODE,                )
                              )
        Plaintiff,            )
                              )
    v.                        )
                              )
DEFENDERS INC.,               )
                              )
        Defendant.            )

TO DEFENDANT:   Defenders Inc.
                c/o CT Corporation System, Registered Agent
                334 North Senate Avenue
                Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.
    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.
    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.
    If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated   9/15/2021                           _____
                                            Clerk, Marion Circuit & Superior Courts

**Attorney for Plaintiff(s):**                **Clerk Information:**

Michael L. Schultz (20361-49)                 W122 City-County Building
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP      200 E. Washington Street
251 N. Illinois Street, Suite 1800            Indianapolis, IN 46204
Indianapolis, IN  46204
Telephone:    (317) 269-2500
Facsimile:    (317) 269-2514



**The following manner of service of Summons is hereby designated:**

   __X__   Registered or Certified Mail
   _____   Service on individual at above address: County _____
   _____   Service on agent: (specify) _____
   _____   Service by Publication

## CLERK'S CERTIFICATE OF MAILING

     I hereby certify that on the _____ day of _____, 2021 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Defenders Inc., by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____

                                                  Clerk, Marion County Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

     I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2021.
     I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2021, showing that the summons and a copy of the Complaint was returned not accepted.
     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2021.

                                                  Clerk, Marion County Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

     A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____

                                                  Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

     I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2021.
(2) By leaving a copy of the Summons and a copy of the Complaint:
     a) at the dwelling place or usual place of abode of the Defendant
     b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

                                                  Sheriff of _____ County, Indiana
                                                  By: _____

1698264