# EXHIBIT B

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D05-2109-PL-031130 |

| | |
|---|---|
| ASHLEY STRODE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEFENDERS INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO THE CLERK OF THE Marion County Superior Court:

Defendant Defenders Inc., by counsel, hereby gives notice that, by the filing of a Notice of Removal (a copy of which is attached hereto as **Exhibit 1**) on October 5, 2021, in the United States District Court for the Southern District of Indiana, Defendant removes this case from this Court to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. § 1331.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ John A. Drake
John A. Drake, Atty. No. 28534-02
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
Email: *john.drake@ogletree.com*

Attorney for Defendant

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 5th day of October, 2021, a true and complete copy of the foregoing was filed electronically and served upon the following using the Indiana E-Filing System (IEFS):

>Michael L. Schultz
>PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
>*mschultz@parrlaw.com*

      /s/ John A. Drake

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:   317.916.9076

48669962.1

2