IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ASHLEY STRODE,                                )
                                              )
            Plaintiff,                        )
                                              )    Civil Action No.  1:21-cv-02582-JMS-DLP
v.                                            )
                                              )
DEFENDERS INC.,                               )
                                              )
            Defendant.                        )
                                              )

> Dismissal with prejudice
> acknowledged [18].
> JMS, DJ 2-3-22
> Distribution via ECF.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ashley Strode, by counsel, and Defendant, ADT LLC, incorrectly named as
Defenders, Inc., hereby stipulate to dismiss all claims in this matter with prejudice pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear her/its own costs and
attorneys' fees.


PARR RICHEY FRANDSEN PATTERSON              OGLETREE, DEAKINS, NASH,
  KRUSE LLP                                   SMOAK & STEWART, P.C.

By:  s/ Michael L. Schultz                  By:  s/ John A. Drake (w/consent)
     Michael L. Schultz, Atty. No. 20361-49      John A. Drake, Atty No. 28534-02
     251 N. Illinois Street, Suite 1800          Kate E. Trinkle, Atty. No. 36089-49
     Indianapolis, IN  46204                     111 Monument Circle, Suite 4600
     Telephone: 317.269.2500                     Indianapolis, IN  46204
     *mschultz@parrlaw.com*                      Telephone: (317) 916-1300
                                                 Facsimile: (317) 916-9076
     Attorney for Plaintiff                      *john.drake@ogletree.com*
                                                 *kate.trinkle@ogletree.com*

                                                 Attorneys for Defendant